IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS

        Petitioner,                No. CIV S-09-1104 GGH P

    vs.

CALIFORNIA ATTORNEY GENERAL

        Respondent.            <u>ORDER AND</u>
                                             <u>FINDINGS AND RECOMMENDATIONS</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner filed this petition with the court on April 22, 2009. The court's own records reveal that on the same date, April 22, 2009, petitioner filed a petition containing virtually identical allegations in the Fresno Divison. CIV S-09-0715 GSA P.[1]

        It appears that petitioner is challenging a parole board decision at Corcoran State Prison in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Due to the duplicative nature of the present action and as the other action has already been brought in the appropriate division in Fresno, the court finds this action frivolous and,

---

[1] A court may take judicial notice of court records. <u>See</u> <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

1

therefore, will dismiss the petition.  28 U.S.C. § 1915(d).

IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 11, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
down1104.dis