IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

    Petitioner,               No. CIV S-09-1104 GGH P

    vs.

CALIFORNIA ATTORNEY GENERAL,

    Respondent.         ORDER

_____/

      This action was closed on June 23, 2009. Petitioner filed three documents on December 17, 2012 which pertain to incidents occurring in prison in October and November, 2012 which are unrelated to the 2009 habeas petition.

      Good cause appearing, IT IS HEREBY ORDERED that: The Clerk of the Court shall open a new civil rights action for Gregory Downs, enter the filings in this case dated December 17, 2012 (dkt. nos. 18, 19 and 20), in the new action, and randomly reassign the new action to a magistrate judge.

DATED: December 19, 2012

              /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE

GGH:076/down1104.ord